IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

GALVESTON DIVISION

| | | |
|---|---|---|
| JON ALAN ASHCRAFT | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. G-02-539 |
| | § | |
| UPENDA KATRAGADDA, | § | |
| MORGAN LAIRD, | § | |
| and ABEL LEAL | § | |

## FINAL JUDGMENT

On April 30, 2007, the Trial of this cause commenced before this Court and a Jury, pursuant to the consent of the Parties under 28 U.S.C. § 636(c)(1). The issues having been duly tried and the Jury having made its findings of fact and rendered its Verdict on May 2, 2007, which is incorporated herein by reference, it is **ORDERED**, **ADJUDGED** and **DECREED** that the Plaintiff Jon Alan Ashcraft **TAKE NOTHING** and that Ashcraft's complaint is **DISMISSED** on the merits with prejudice.

Because Ashcraft is before the Court in forma pauperis, each party SHALL bear its own costs.

**THIS IS A FINAL JUDGMENT.**

**DONE** at Galveston, Texas, this 3rd day of May, 2007.

John R. Froeschner
United States Magistrate Judge